**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| CINDY MENDOZA; GLORIA BERMUDEZ; REBECCA HEATH; KARL WADE ROBERTS; CEKAIS TONI GANUELAS; LORI SPANO, *Plaintiffs-Appellants,* v. KRIS STRICKLER, in his official capacity as Director of the Oregon Department of Transportation; AMY JOYCE, in her official capacity as Administrator of the Division of Motor Vehicles, Oregon Department of Transportation, *Defendants-Appellees.* | No. 19-35506 D.C. No. 3:18-cv-01634-HZ ORDER |

Filed April 17, 2023

Before: Marsha S. Berzon and Daniel P. Collins, Circuit Judges, and Jennifer Choe-Groves,[*] Judge.

---

[*] The Honorable Jennifer Choe-Groves, Judge for the United States Court of International Trade, sitting by designation.

# SUMMARY[**]

## Civil Rights

The panel denied on behalf of the court a petition for rehearing en banc in an action challenging the constitutionality of Oregon's since-repealed system of suspending, without an inquiry into ability to pay, the driver's licenses of persons who fail to pay the fines imposed on them in connection with traffic violations.

---

[**] This summary constitutes no part of the opinion of the court.  It has been prepared by court staff for the convenience of the reader.

# ORDER

The full court was advised of the petition for rehearing en banc. A judge requested a vote on whether to rehear the matter en banc, and the matter failed to receive a majority of the votes of the nonrecused active judges in favor of en banc consideration. *See* FED. R. APP. P. 35(a). Judge H.A. Thomas did not participate in the deliberations or vote in this case.

The petition for rehearing en banc is **DENIED**.